# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5016**　　　　　　　　　　　　　　**September Term, 2024**

**1:20-cv-03010-APM**

**Filed On:** February 4, 2025

United States of America, et al.,

    Appellees

  v.

Google LLC,

    Appellee

Apple Inc.,

    Appellant

**BEFORE:**　　Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for a stay of proceedings or, in the alternative, to expedite the appeal, it is

**ORDERED** that the appellees respond to the emergency motion by 4:00 p.m. on Friday, February 7, 2025. Any reply is due by 10:00 a.m. on Monday, February 10, 2025.

**Per Curiam**

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

        BY:　/s/
                Selena R. Gancasz
                Deputy Clerk