# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 25-5016                                            September Term, 2024

1:20-cv-03010-APM

Filed On: February 10, 2025

United States of America, et al.,

        Appellees

    v.

Google LLC,

        Appellee

Apple Inc.,

        Appellant

     **BEFORE:**     Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for a stay of proceedings or, in the alternative, to expedite the appeal, the responses thereto, and the reply, it is

**ORDERED** that the motion for a stay be denied. Appellant has not satisfied the stringent requirements for a stay pending appeal. See Nken v. Holder, 556 U.S. 418, 434 (2009); D.C. Circuit Handbook of Practice and Internal Procedures 33 (2024). It is

**FURTHER ORDERED** that the following briefing schedule will apply:

| | |
|---|---|
| Appellant's Opening Brief | February 12, 2025 |
| Appendix | February 12, 2025 |
| Appellees' Response Briefs | February 26, 2025 |
| Appellant's Reply Brief | March 5, 2025 |

The parties will be informed later of the date of any oral argument.

Appellant should raise all issues and arguments in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5016**                            **September Term, 2024**

      To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 43-44 (2024); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

      Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

**Per Curiam**

                                                  **FOR THE COURT:**
                                                  Clifton B. Cislak, Clerk

                        BY:    /s/
                               Scott H. Atchue
                               Deputy Clerk