# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 25-5016                          September Term, 2024

1:20-cv-03010-APM

Filed On: March 12, 2025 [2105206]

United States of America, et al.,

         Appellees

    v.

Google LLC,

         Appellee

Apple Inc.,

         Appellant

        **BEFORE:**     Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of appellant Apple Inc.'s motion to schedule oral argument, it is

**ORDERED** that the motion be denied.

### Per Curiam

                                      **FOR THE COURT:**
                                      Clifton B. Cislak, Clerk

                         BY:    /s/
                               Michael C. McGrail
                               Deputy Clerk